# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: §
§
LAURA JEAN BENDIKSEN § Case No. 1:11-19229-ABC
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JANICE A. STEINLE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) |  |  |  |  |
|     PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JANICE A. STEINLE_____
                                                                     Trustee

    **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BENDIKSEN, LAURA JEAN |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing 450 American St Simi Valley, CA  93065-6285 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janice A. Steinle | | | | | |
| Janice A. Steinle | | | | | |
| Bank of Kansas City | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Colorado Dept Of Revenue 1375 Sherman St. Room 511 Denver, CO  80261 | | | | | |
| | Internal Revenue Service PO Box 145566 Cincinnati, OH 45250-5566 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Academy Collection Service, Inc. 10965 Decatur Rd Philadelphia, PA  19154-3210 | | | | | |
| | Ameripath PO Box 830913 Birmingham, AL  35283-0913 | | | | | |
| | Apex Emergency Group 4231 W 16th Ave Denver, CO 80204-1335 | | | | | |
| | BAC Home Loans Serving PO Box 5170 Simi Valley, CA 93062-5170 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Budget Control Svcs In 2950 S Jamaica Ct Ste 20 Aurora, CO  80014-2636 | | | | | |
| | Castle Stawiarski, LLC 999 18th Street, Suite 2201 Denver, CO  80202 | | | | | |
| | Cherry Creek Pediatrics 4900 E Kentucky Ave Denver, CO  80246-2365 | | | | | |
| | David A. Bauer 2594 South Lewis Way, Suite A Lakewood, CO  80227 | | | | | |
| | Exempla Healthcare Dept 9107 Denver, CO  80281 | | | | | |
| | Lakewood Eye Clinic 1861 Wadsworth Blvd Lakewood, CO  80214 | | | | | |
| | Machol & Johannes For Capital One Bank 600 17th St Ste 800N Denver, CO  80202-5462 | | | | | |
| | Oxford Management Services PO Box 1022 Wixom, MI  48393-1022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pediatric Dental Group Of Lakewood 2323 S Wadsworth Blvd Ste 104 Lakewood, CO 80227-3254 | | | | | |
| | Quest PO Box 29040 Phoenix, AZ  85062-8874 | | | | | |
| | Rocky Mountain Cardiovascular Associates 4101 W. Conejos Place, Ste. 100 Denver, CO  80204 | | | | | |
| | Sentry Credit, Inc. 2809 Grand Ave Everett, WA 98201-3417 | | | | | |
| | St Anthony Central Hospital Dept 9116 Denver, CO 80271-9116 | | | | | |
| | The Children's Hospital 13123 East 16th Avenue B240 Aurora, CO  80045 | | | | | |
| | University Physicians, Inc Dept 1059 Denver, CO 80256-1059 | | | | | |
| | US Bank PO Box 790408 Saint Louis, MO  63179-0408 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vinci Law Office, LLC 3091 S Jamaica Ct Ste 150 Aurora, CO  80014-2698 | | | | | |
| | Wells Fargo Legal Processing PO Box 29779 S3928-021 Phoenix, AZ  85038-9779 | | | | | |
| | Westside Women's Care 3555 Lutheran Pkwy Ste 210 Wheat Ridge, CO  80033-6037 | | | | | |
| 1 | BUDGET CONTROL SVCS IN | | | | | |
| 2 | US Bank N. A. | | | | | |
| 3 | US Bank N. A. | | | | | |
| 4 | US Bank N. A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-19229 | ABC | Judge: | A. Bruce Campbell | Trustee Name: | JANICE A. STEINLE |
|---|---|---|---|---|---|---|
| Case Name: | LAURA JEAN BENDIKSEN | | | | Date Filed (f) or Converted (c): | 04/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 05/26/2011 |
| For Period Ending: | 05/22/2013 | | | | Claims Bar Date: | 08/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2585 Bell Court Lakewood, CO 80215 50% interest; d | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 12.50 | | 12.50 | FA |
| 3. First Bank Checking  Per Bank Statement | 150.00 | 62.50 | | 62.50 | FA |
| 4. First Bank savings account | 50.00 | 12.50 | | 12.50 | FA |
| 5. Wells Fargo Checking -8131 negative | 0.00 | 0.00 | | 0.00 | FA |
| 6. Household goods including living room, dining room | 1,335.00 | 0.00 | | 0.00 | FA |
| 7. Artwork, books and CDs | 250.00 | 0.00 | | 0.00 | FA |
| 8. Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 9. Furs and jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance through employer no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401K TIAA/CREF | 4,000.00 | 0.00 | | 0.00 | FA |
| 12. Bendiksen Productions 50% interest ex-spouse curre | 0.00 | 0.00 | | 0.00 | FA |
| 13. Garnishment  Sent Garnishment letter to David Bauer for US Bank $1,252.99; garnishment taken from Wells Fargo - debtor claimed 75% exempt (applied her exempt portion to pay case in full, refunded balance to her) | 0.00 | 313.25 | | 313.25 | FA |
| 14. Child support ex-husband owes for 2011 = $4725 Chi | 7,550.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Federal Tax Return: total amount $3,347 Earne  Turnover of Federal Refund | 3,347.00 | 0.00 | | 752.00 | FA |
| 16. 1998 Volvo V70 approx. 102,000 miles Good conditio | 2,675.00 | 0.00 | | 0.00 | FA |
| 17. two parakeets | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-19229 | ABC | Judge: | A. Bruce Campbell | Trustee Name: | JANICE A. STEINLE |
|---|---|---|---|---|---|---|
| Case Name: | LAURA JEAN BENDIKSEN | | | | Date Filed (f) or Converted (c): | 04/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 05/26/2011 |
| For Period Ending: | 05/22/2013 | | | | Claims Bar Date: | 08/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Wages (u) <br><br> Owed 5 days (Company holds 5) <br> $2,258.39 x 75% = $1,693.79 | 0.00 | 564.60 | | 564.60 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $219,757.00 | $965.35 | | $1,717.35 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NFR out on 9013 Notice with Objection Date 2/5/1
Pending collection of non-exempt assets via payment plan
2010 taxes in docman

Initial Projected Date of Final Report (TFR): 11/30/2012      Current Projected Date of Final Report (TFR): 11/30/2012

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-19229  
Case Name: LAURA JEAN BENDIKSEN  
Taxpayer ID No: XX-XXX1333  
For Period Ending: 05/22/2013  

Trustee Name: JANICE A. STEINLE  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX4221  
Checking  
Blanket Bond (per case limit): $86,297,238.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/08/12 | 15 | Laura Bendiksen | Payment<br>Non-exempt portion fed tax refund | 1224-000 | $752.00 | | $752.00 |
| 08/16/12 | | David A. Bauer, PC Coltaf Trust Account | Garnishment Funds<br>Debtor claimed exemption in 75% | | $1,252.99 | | $2,004.99 |
| | | | Gross Receipts $1,252.99 | | | | |
| | | David A. Bauer, PC Coltaf Trust Account | Unlinked Allocation $287.64 | 1280-000 | | | |
| | 3 | | First Bank Checking $62.50 | 1129-000 | | | |
| | 2 | | Cash $12.50 | 1129-000 | | | |
| | 4 | | First Bank savings account $12.50 | 1129-000 | | | |
| | 13 | | Garnishment $313.25 | 1141-000 | | | |
| | 18 | | Wages $564.60 | 1229-000 | | | |
| 09/17/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $1.41 | $2,003.58 |
| 10/15/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.22 | $2,001.36 |
| 10/29/12 | 2001 | BENDIKSEN, LAURA JEAN<br>2585 BELL CT<br>LAKEWOOD, CO 80215-1788 | Exempt Assets Back to Debtor<br>Less Amount Needed to Pay Case in Full | 8100-003 | | $287.64 | $1,713.72 |
| 11/15/12 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.29 | $1,711.43 |
| 03/15/13 | 2001 | BENDIKSEN, LAURA JEAN<br>2585 BELL CT<br>LAKEWOOD, CO 80215-1788 | Exempt Assets Back to Debtor<br>Reversal<br>Check returned - bad address. | 8100-003 | | ($287.64) | $1,999.07 |

Page Subtotals: $2,004.99 $5.92

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-19229 | | Trustee Name: | JANICE A. STEINLE |
| Case Name: | LAURA JEAN BENDIKSEN | | Bank Name: | Bank of Kansas City |
| | | | Account Number/CD#: | XXXXXX4221 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1333 | | Blanket Bond (per case limit): | $86,297,238.00 |
| For Period Ending: | 05/22/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/13 | 2002 | Janice A. Steinle<br>9249 So. Broadway, #200<br>PMB 505<br>Highlands Ranch, CO  80129 | Distribution | | | $495.55 | $1,503.52 |
| | | Janice A. Steinle | Final distribution representing a payment of 100.00 % per court order. ($429.34) | 2100-000 | | | |
| | | Janice A. Steinle | Final distribution representing a payment of 100.00 % per court order. ($66.21) | 2200-000 | | | |
| 03/15/13 | 2003 | BUDGET CONTROL SVCS IN<br>2950 S Jamaica Ct Ste 20<br>Aurora, CO  80014-2636 | Final distribution to claim 1 representing a payment of 4.65 % per court order. | 7100-000 | | $6.97 | $1,496.55 |
| 03/15/13 | 2004 | US Bank N. A.<br>US Bank, N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Oh 45201-5229 | Distribution | | | $1,208.91 | $287.64 |
| | | US Bank N. A. | 5113 ($380.79) | 7100-000 | | | |
| | | US Bank N. A. | 3205 ($108.36) | 7100-000 | | | |
| | | US Bank N. A. | 4424 ($719.76) | 7100-000 | | | |
| 03/15/13 | 2005 | Laura Bendiksen | Back to Debtor Funds<br>Reissue to remail to correct address | 8100-002 | | $287.64 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,004.99 | $2,004.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,004.99 | $2,004.99 |
| Less: Payments to Debtors | $0.00 | $287.64 |
| Net | $2,004.99 | $1,717.35 |

Page Subtotals:  $0.00   $1,999.07

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4221 - Checking | $2,004.99 | $1,717.35 | $0.00 |
|  | $2,004.99 | $1,717.35 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $2,004.99 |
| Total Gross Receipts: | $2,004.99 |

Page Subtotals:  $0.00  $0.00